# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARIE BIZONIA, | Case No. CV 10-6021 RNB |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: May 3, 2011

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE